No. 81–5699.  WILDER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5717.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–5720.  DOLOIR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–5722.  RAJAI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5734.  NILSEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.